No. 99–5412. Maggard v. Moore, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 99–5413. Anderson v. United States. C. A. 10th Cir. Certiorari denied.

No. 99–5414. Curry v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–5415. Cooper v. Butler et al. C. A. 7th Cir. Certiorari denied.

No. 99–5416. Parchue v. California. Sup. Ct. Cal. Certiorari denied.

No. 99–5417. Owens v. Nosker et al. C. A. 3d Cir. Certiorari denied.

No. 99–5418. Scott v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–5419. Patrick v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 99–5420. Mohemmed v. Hill, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 99–5421. Miller v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 99–5422. Millis v. United States. C. A. 6th Cir. Certiorari denied.

No. 99–5425. Lions v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–5426. Lambert v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 99–5427. Maile v. Trippett, Warden. C. A. 6th Cir. Certiorari denied.

No. 99–5428. Moore v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.